UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEVEN J. ALBERS,

    Plaintiff,

-vs-                                                Case No. 6:11-cv-585-Orl-19KRS

JACQUALINE MOLZER, et al.,

    Defendants.

_____/

**ORDER OF DISMISSAL**

On April 14, 2011, the Court ordered Plaintiff to file an amended complaint within twenty-one days from the date of the Order (Doc. No. 3). Further, the Court notified Plaintiff that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED** that this case is **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this \_\_\_\_13th\_\_\_\_\_ day of May, 2011.

*Patricia C. Fawsett*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
OrlP-2 5/12
Steven J. Albers